## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by TRIOMPHE RESTAURANT CORP., JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES MANAGEMENT LLC, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Thomas Patrick Campbell_
Full Legal Name (Print)

_[signature]_
Signature

_7/25/07_
Date

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by TRIOMPHE RESTAURANT CORP., JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES MANAGEMENT LLC, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Chelsea Lindman_
Full Legal Name (Print)

_[signature]_
Signature

_July 26, 2007_
Date

## CONSENT TO SUE UNDER

## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by SPICE MARKET, JEAN-GEORGES ENTERPRISES LLC d/b/a SPICE MARKET, , JEAN-GEORGES MANAGEMENT LLC d/b/a SPICE MARKET, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Isaiah Garefino_

Full Legal Name (Print)

_[signature]_

Signature

07/21/07

Date

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by SPICE MARKET, JEAN-GEORGES ENTERPRISES LLC d/b/a PERRY STREET, JEAN-GEORGES MANAGEMENT LLC d/b/a SPICE MARKET, JEAN-GEORGES VONGERICHTEN and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

SUKOL PHAIROJ
Full Legal Name (Print)

_____
Signature

JULY 25, 2007
Date

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by SPICE MARKET, JEAN-GEORGES ENTERPRISES LLC d/b/a PERRY STREET, JEAN-GEORGES MANAGEMENT LLC d/b/a SPICE MARKET, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Sara Elizabeth Faust_
Full Legal Name (Print)

_[signature]_
Signature

_07.25.07_
Date

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by SPICE MARKET, JEAN-GEORGES ENTERPRISES LLC d/b/a SPICE MARKET, , JEAN-GEORGES MANAGEMENT LLC d/b/a SPICE MARKET, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Lenford Johnston
Full Legal Name (Print)

_[signature]_
Signature

7/20/07
Date