**BONNIST & CUTRO, LLP**
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
**Attorneys for Defendants**
Amanda M. Fugazy (AF6772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST,
SUKOL PHAIROJ, CHELSEA LINDMAN, and THOMAS
CAMPBELL on behalf of themselves and all others similarly
situated,

                     Plaintiffs,

      v.

JEAN-GEORGES ENTERPRISES, LLC; JEAN-GEORGES
MANAGEMENT LLC; PERRY STREET PROJECT LLC;
TRIOMPHE RESTAURANT CORP.; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ, and JOHN DOES 1 10

                     Defendants.

-------------------------------------------------------------------------X

07 Civ. 6729 (KMK)

**ENTRY OF
APPEARANCE**

Please enter the appearance of the undersigned on behalf of all Defendants in the above captioned action.

Dated: August 2, 2007

By:_____
    Amanda M. Fugazy (AF6772)
    Bonnist & Cutro, LLP
    Attorneys for Defendants
    31 Purchase Street, Suite 3-1
    Rye, New York 10580
    (914) 921-4820