## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by ~~[redacted]~~, ~~[redacted]~~, JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES MANAGEMENT LLC , JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Ian M. Long_
Full Legal Name (Print)

_[signature]_
Signature

_August 8, 2007_
Date