AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern         DISTRICT OF         New Yrok

ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,
Plaintiffs,

v.

JEAN-GEORGES ENTERPRISES, LLC; JEAN-GEORGES MANAGEMENT LLC; PERRY STREET PROJECT LLC; TRIOMPHE RESTAURANT CORP.; JEAN-GEORGES VONGERICHTEN and PHILSUAREZ., and JOHN DOES 1-10
Defendants,

**APPEARANCE**

Case Number:  07 cv 6729

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jean-Georges Enterprises, LLC; Jean-Georges Management LLC; Perry Street Project LLC; Triomphe Restaurant Corp.; Jean-Georges Vongerichten and Phil Suarez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/9/2007 | s/ Elise M. Bloom |
| Date | Signature |
| | Elise M. Bloom — 7932 |
| | Print Name — Bar Number |
| | 1585 Broadway |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 969-3410 — (212) 969-2900 |
| | Phone Number — Fax Number |