KARAS, J

PROSKAUER ROSE LLP
Elise M. Bloom (EB-7932)
Steven D. Hurd (SH-0350)
1585 Broadway
New York, New York 10036
(212) 969-3410

BONNIST & CUTRO, LLP
Amanda M. Fugazy
444 Madison Avenue, Suite 805
New York, NY 10022
(212) 750-5233
Attorneys for Defendants



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ISAIAH GERAFINO, LENFORD JOHNSTON,
SARA FAUST, SUKOL PHAIROJ, CHELSEA
LINDMAN and THOMAS CAMPBELL on behalf
of themselves and all others similarly situated,

          Plaintiffs,

- against -

JEAN-GEORGES ENTERPRISES, LLC; JEAN-
GEORGES MANAGEMENT LLC; PERRY
STREET PROJECT LLC; TRIOMPHE
RESTAURANT CORP.; JEAN-GEORGES
VONGERICHTEN and PHIL SUAREZ, and
JOHN DOES 1-10,

          Defendants.

------------------------------------ x

07 cv 6729 (KMK)

STIPULATION EXTENDING
TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that Defendants, Jean-Georges Enterprises, LLC; Jean-Georges Management LLC;

Perry Street Project LLC; Triomphe Restaurant Corp.; and Jean-Georges Vongerichten, time to answer, move or otherwise respond to the Complaint is extended up to and including August 31, 2007.

Dated:  New York, New York
        August 9, 2007

| JOSEPH & HERZFELD LLP | PROSKAUER ROSE LLP |
|---|---|
| By: /s/ D. Maimon Kirschenbaum (MK-2750)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>Attorneys for Plaintiffs | By: /s/ Elise M. Bloom<br>1585 Broadway<br>New York, New York 10036<br>(212) 969-3410<br>Attorneys for Defendants |
| and | and |
| LAW OFFICES OF JEFFREY E. GOLDMAN<br>Jeffrey E. Goldman<br>501 Fifth Avenue, Suite 1900<br>New York, New York 10017<br>(212) 983-8999<br>Attorneys for Plaintiffs | BONNIST & CUTRO, LLP<br>Amanda M. Fugazy<br>444 Madison Avenue, Suite 805<br>New York, NY 10022<br>(212) 750-5233<br>Attorneys for Defendants |

SO ORDERED this 16th day of August, 2007

/s/
U.S.D.J.

6264/99999-502 Current/9944138v2

2