AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,
Plaintiffs,
v.
JEAN-GEORGES ENTERPRISES, LLC;
JEAN-GEORGES MANAGEMENT LLC;
PERRY STREET PROJECT LLC;
TRIOMPHE RESTAURANT CORP.; JEAN-GEORGES VONGERICHTEN and PHILSUAREZ., and JOHN DOES 1-10
Defendants,

**APPEARANCE**

Case Number: 07 cv 6729

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jean-Georges Enterprises, LLC; Jean-Georges Management LLC; Perry Street Project LLC; Triomphe Restaurant Corp. and Jean-Georges Vongerichten.

I certify that I am admitted to practice in this court.

August 23, 2007

Date

S/Brian J. Gershengorn

Signature

Brian J. Gershengorn    6264

Print Name    Bar Number

1585 Broadway

Address

New York,    NY    10036

City    State    Zip Code

212-969-3083

Phone Number    Fax Number