PROSKAUER ROSE LLP
Elise M. Bloom (EB-7932)
Steven D. Hurd (SH-0305)
1585 Broadway
New York, New York 10036
(212) 969-3410

BONNIST & CUTRO, LLP
Amanda M. Fugazy (AF-6772)
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN and THOMAS CAMPBELL on behalf of themselves and all other similarly situated,

      Plaintiffs,

-against-

JEAN-GEORGES ENTERPRISES, LLC; JEAN-GEORGES MANAGEMENT LLC; PERRY STREET PROJECT LLC; TRIOMPHE RESTAURANT CORP, JEAN-GEORGES VONGERICHTEN and PHIL SUAREZ, and JOHN DOES 1-10

      Defendants.
------------------------------------------------------------ x

Civil Action No.: 07-6729 **(KMK) (JCF)**

**DEFENDANTS STATEMENT PURSUANT TO FRCP 7.1**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Corporate Defendants Jean-Georges Enterprises, LLC, Jean-Georges Management LLC, Perry Street Project LLC, and Triomphe Restaurant Corp. hereby certifies that the herein named

corporate Defendants have no parent corporations and that there is no publicly held corporation that owns 10% or more of any of their stock.

Dated:     August 31, 2007
           New York, New York

                                   PROSKAUER ROSE LLP

                                   By: s/Elise M. Bloom
                                        Elise M. Bloom
                                        Steven D. Hurd
                                        1585 Broadway
                                        New York, New York 10036
                                        (212) 969-3410

                                        and

                                   BONNIST & CUTRO, LLP
                                   Amanda M. Fugazy (AF-6772)
                                   31 Purchase Street, Suite 3-1
                                   Rye, New York 10580

                                   ATTORNEYS FOR DEFENDANTS