# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by TRIOMPHE RESTAURANT CORP., JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES MANAGEMENT LLC , JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Joshua Kjolhede
Full Legal Name (Print)

Joshua Kjolhede
Signature

11/1/07
Date