*Sullivan, J*

| UNITED STATES DISTRICT COURT | USDS SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: 1\8\08 |

-------------------------------------------------------- x

ISAIAH GERAFINO, LENFORD
JOHNSTON, SARA FAUST, SUKOL
PHAIROJ, CHELSEA LINDMAN
VIRGINIA WORLEY, ROSALINA
WALTER and THOMAS CAMPBELL on
behalf of themselves and all other similarly
situated,

                Plaintiffs,

          -against-

JEAN-GEORGES ENTERPRISES, LLC;
JEAN-GEORGES MANAGEMENT LLC;
PERRY STREET PROJECT LLC;
TRIOMPHE RESTAURANT CORP. d/b/a
JEAN GEORGES RESTAURANT and
NOUGATINE; ORIGINE LLC d/b/a JOJO
RESTAURANT; SPICE MARKET LLC;
LEONARD STREET LLC d/b/a 66
RESTAURANT; JEAN-GEORGES
VONGERICHTEN and JOHN DOES 1-10

                Defendants.

-------------------------------------------------------- x

Civil Action No.: 07-6729 (RJS) (JCF)

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that:

    1.    Defendants, Origine LLC d/b/a JoJo Restaurant, Spice Market LLC and Leonard Street LLC d/b/a 66 Restaurant, hereby accept service of the Amended Complaint as of January 16, 2008, by way of service on their counsel, Elise M. Bloom, who appears on their behalf.

    2.    All Defendants, Jean-Georges Enterprises, LLC, Jean-Georges Managment LLC, Perry Street Project LLC, Triomphe Restauratnt Corp., d/b/a Jean-Georges

Restaurant and Nougatine, Origine LLC d/b/a JoJo Restaurant, Spice Market LLC, Leonard Street LLC d/b/a 66 Restaurant and Jean-Georges Vongerichten shall have to and including February 5, 2008 to answer, move or otherwise respond with respect to the Amended Complaint.

Dated:   New York, New York
         January 16, 2008

| JOSEPH & HERZFELD LLP | PROSKAUER ROSE LLP |
|---|---|
| By: _____ | By: _____ |
| D. Maimon Kirschenbaum | Elise M. Bloom (EB-7932) |
| 757 Third Avenue, 25th Floor | Brian J. Gershengorn (BG-7544) |
| New York, New York 10017 | 1585 Broadway |
| (212) 688-5640 | New York, New York 10036 |
| Attorneys for Plaintiffs | (212) 969-3410 |
| | Attorneys for Defendants |

SO ORDERED this 18 day of January, 2007

_____
U.S.D.J.

2