## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by SPICE MARKET LLC, JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES MANAGEMENT LLC, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Arthur John Charnesky
Full Legal Name (Print)

*/s/ Arthur J Charnesky*
Signature

1/23/08
Date