

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Brian J. Gershengorn
Attorney at Law

Direct Dial 212.969.3083
bgershengorn@proskauer.com

January 28, 2008



**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Gerafino et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6729

Dear Judge Sullivan:

We represent Jean-Georges Enterprises, LLC et al., in the above referenced matter and we currently have a pre-motion conference scheduled for January 31, 2008 at 3:30 p.m. Unfortunately, Defendants' counsel has a pre-scheduled deposition on January 31. Pursuant to a conversation that I had earlier today with Your Honor's Case Manager, Eileen Levine, we respectfully request that the pre-motion conference be rescheduled for February 4, 2008 at 10:30, if still convenient for the Court.

We have discussed this with our adversary who has authorized us to represent that he has no objection to this request. We thank the Court in advance for its attention to this matter.

Respectfully submitted,

Brian J. Gershengorn

cc:   Maimon Kirschenbaum (by email)

SO ORDERED
Dated: 1/29/08
RICHARD J. SULLIVAN
U.S.D.J.

6264/40909-002 Current/10619335v1