```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAIAH GERAFINO, *et al.*,

                Plaintiffs,

  -v-

JEAN-GEORGES ENTERPRISES, LLC,

                Defendant.

No. 07 Civ. 7379 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    Pursuant to a pre-motion conference held on February 4, 2008, the Court hereby adopts the following schedule:

    Plaintiffs will submit their amended complaint by February 8, 2008.

    Plaintiffs will submit their motion by February 19, 2008.

    The parties shall submit a joint status letter on February 22, 2008, after settlement talks have been held. In that status letter, the parties shall report the results of their settlement talks. If the case has not been settled, the parties shall propose a schedule for Defendant's opposition papers on the motion to dismiss, as well as for Defendant's answer to the consolidated complaint.

    The Court will subsequently set a schedule for further filings and oral argument, if necessary.

SO ORDERED.

Dated:    February 4, 2008
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE