D. Maimon Kirschenbaum (DK-2338)
Charles Joseph (CJ 9442)
Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, NY 10017
Tel. (212) 688-5640
Fax (212) 688-2548

Jeffrey E. Goldman (JG-4693)
LAW OFFICES OF JEFFREY E. GOLDMAN
501 Fifth Avenue
Suite 1900
New York, NY 10017
(212) 983-8999 Phone

*Attorneys for Plaintiffs and proposed collective action members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN, VIRGINIA WORLEY, ROSALINA WALTER and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,**

        **Plaintiffs,**

   v.

**JEAN GEORGES ENTERPRISES, LLC.,** *et al.*

        **Defendants.**
-----------------------------------------------------------x

INDEX NO: 07-cv-06729 (RJS)

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Richard J. Sullivan, at the United States Courthouse for the Southern District of New York, 500

Pearl Street, New York, New York, on such day and time as counsel may be heard, for the following relief in this Fair Labor Standards Act collective action:

(1) Conditional certification of this action as a representative collective action pursuant to the FLSA, 29 U.S.C. § 216(b) on behalf of all persons employed by Defendants in any tipped position, including but not limited to captains, servers, runners, bussers, bartenders and/or barbacks ("Covered Employees") within the last three years.

(2) Court facilitated notice of this FLSA action to the Covered Employees including a consent form (opt-in form) as authorized by the FLSA.

(3) Approval of the proposed FLSA notice of this action and the consent form.

(4) Production of the Covered Employees in a computer readable data file containing their names, last known mailing addresses, telephone numbers, Social Security numbers, work locations, and dates of employment.

(5) Posting of the Notice, along with the consent forms, in each of Defendants' locations where Covered Employees are employed.

Dated: New York, New York
       February 19, 2008       Respectfully submitted,

                                      JOSEPH & HERZFELD LLP

                                      By:  /s/D. Maimon Kirschenbaum
                                            D. Maimon Kirschenbaum (DK-2338)

                                      Charles E. Joseph (CJ-9442)
                                      757 Third Avenue
                                      25th Floor
                                      New York, NY 10017
                                      Tel: (212) 688-5640
                                      Fax: (212) 688-2548

                                      *Attorneys for Plaintiff, proposed collective action members and proposed class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN, VIRGINIA WORLEY, ROSALINA WALTER and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,

              Plaintiffs,

  v.

JEAN GEORGES ENTERPRISES, LLC., *et al.*

              Defendants.
-------------------------------------------------------x

INDEX NO: 07-cv-06729 (RJS)

## ORDER

      AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion for Conditional Collective Certification Pursuant to 29 U.S.C. § 216(b), and Defendants' response thereto, if any, it is hereby ORDERED, that Plaintiff's Motion is GRANTED.

                                            _____
                                            Judge Richard J. Sullivan