D. Maimon Kirschenbaum (DK 2448)  
JOSEPH & HERZFELD LLP  
757 Third Avenue  
25th Floor  
New York, NY 10017  
(212) 688-5640  
(212) 688-2548 (fax)  

Jeffrey E. Goldman (JG-4693)  
LAW OFFICES OF JEFFREY E. GOLDMAN  
501 Fifth Avenue  
Suite 1900  
New York, NY 10017  
Tel: (212) 983-8999  

*Attorneys for Named Plaintiffs and the FLSA Collective Plaintiffs*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  

ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN, VIRGINIA WORLEY, ROSALINA WALTER and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,

INDEX NO: 07-cv-06729 (RJS)

Plaintiffs,

v.

JEAN-GEORGES ENTERPRISES, LLC; JEAN-GEORGES MANAGEMENT LLC; PERRY STREET PROJECT LLC; TRIOMPHE RESTAURANT CORP. d/b/a JEAN GEORGES RESTAURANT and NOUGATINE; ORIGINE LLC d/b/a JEAN GEORGES RESTAURANT; JEAN GEORGES LLC; LEONARD STREET LLC d/b/a/ 66 RESTAURANT; JEAN-GEORGES VONGERICHTEN and JOHN DOES 1-10

Defendants.  
-----------------------------------------------------------x  

### DECLARATION OF GOLAM CHOWDHURY

I, Golam Chowdhury, under penalty of perjury, affirm as follows:

1. I was employed by Defendants as a busser and then a server at Jean-Georges restaurant ("Jean-Georges") from 2000 until 2006.

2. Throughout my employment at Jean Georges, I was paid less than the federal minimum wage of $5.15 per hour.

3. When I began working at Jean Georges, I was informed by managers and coworkers that the restaurant required tipped employees to pool their tips.

4. I was never asked whether I wanted to be in the tip-pool, and the terms of the tip pool were maintained and enforced by the restaurant's management, not the servers or similarly tipped employees.

5. Throughout my employment at Jean Georges, Jean Georges required us to share our tips with managers, by allowing the managers to be part of the tip-pool.

6. Although Jean Georges' managers participated in the tip-pool under the title "maitre d'" and/or other titles, their job duties illustrate that they were in fact managers, and not employees who are traditionally tipped. To this effect, the employees referred to theses people as managers, and the managers all had full access to the management office.

7. The managers that were illegally part of the Jean Georges tip-pool include but are not limited to, Estelle Lamont, Juan Carlos Ortiz, John (last name unknown), Anthony Rudolph, Andrew (last name unknown), Denis, Christian Amestoy, and John Palus.

8. These managers' primary job duties include: (a) supervising all activity on the floor, (b) disciplining employees, (c) dealing with customer complaints, (d) holding daily meetings with servers in preparation for each shift, (e) scheduling and/or vacation

requests, (f) verifying the money reports at the end of each night, and (g) sending employees home early.

9. I was hired by Denis, who was in the Jean Georges tip-pool.

10. I several times witnessed employees disciplined and/or sent home by managers that were in the tip-pool.

11. Whenever I had scheduling issues, such as requests for time off, I made these requests to the managers on duty, who were in the tip-pool. The managers either granted or denied my requests.

12. On occasions that we were short-staffed, the managers would call employees and require them to come in and work. Similarly, when we were overstaffed, the managers would send employees home.

13. The managers usually conducted the pre-shift meeting before every shift that I worked at.

14. The managers on duty determined when every service employee such as myself went home early or was required to stay late.

15. The managers on duty typically wore suits, as opposed to server uniforms.

16. For every shift, the managers assigned each waiter to her section.

17. When for any given reason a charge was to be 'comped', *i.e.*, voided, the managers had authority and routinely authorized these voids for the servers.

18. When a customer asked to speak to a manager, they were referred to the managers on duty.

19. Most of the above-mentioned managers **seldom**, if ever, provided direct customer service, such as bringing food to customers, **bussing** etc.

20. Jean Georges employed hosts/hostesses who would greet and seat customers. This was not the managers' duty, and they seldom performed it.

21. I have several times witnessed employees terminated by managers in the tip-pool, such as Anthony Rudolph and Denis.

22. On several occasions, I requested vacations from Mr. Rudolph and Denis, both of whom granted my request.

23. I several times witnessed managers in the tip pool communicate to employees that the managers could terminate employees' employment.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York
January 20, 2008

_____
Golam Chowdhury