| | |
|---|---|
| D. Maimon Kirschenbaum (DK 2448) | Jeffrey E. Goldman (JG-4693) |
| JOSEPH & HERZFELD LLP | LAW OFFICES OF JEFFREY E. GOLDMAN |
| 757 Third Avenue | |
| 25th Floor | 501 Fifth Avenue |
| New York, NY 10017 | Suite 1900 |
| (212) 688-5640 | New York, NY 10017 |
| (212) 688-2548 (fax) | Tel: (212) 983-8999 |

*Attorneys for Named Plaintiffs and the FLSA Collective Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN, VIRGINIA WORLEY, ROSALINA WALTER and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,**

            **Plaintiffs,**

   v.

**JEAN-GEORGES ENTERPRISES, LLC; JEAN-GEORGES MANAGEMENT LLC; PERRY STREET PROJECT LLC; TRIOMPHE RESTAURANT CORP. d/b/a JEAN GEORGES RESTAURANT and NOUGATINE; ORIGINE LLC d/b/a JOJO RESTAURANT; SPICE MARKET LLC; LEONARD STREET LLC d/b/a/ 66 RESTAURANT; JEAN-GEORGES VONGERICHTEN and JOHN DOES 1-10**

            **Defendants.**
-----------------------------------------------------------x

**INDEX NO: 07-cv-06729 (RJS)**

## DECLARATION OF MAIMON KIRSCHENBAUM

I, Maimon Kirschenbaum, under penalty of perjury, affirm as follows:

1. I am an attorney at Joseph & Herzfeld LLP, plaintiffs' counsel in the above-captioned matter.

2. Since the initial filing of this lawsuit, which included 6 named plaintiffs, 27 additional employees have opted in to this lawsuit by filing opt-in forms with the Court.

3. Attached as Exhibit A is a copy of a nightly tip-out sheet reflecting which employees participated in the Jean-Georges tip-pool for a given night in 2003. Based on my discussions with the various declarants, the tip-out sheet accurately reflects the sheets used by Jean-Georges throughout the FLSA period.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York
February 19, 2008

/s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum

# EXHIBIT A

# JEAN GEORGES — DINING ROOM STATIONS 2003

DATE: 7/13/2003    SHIFT: L (D)

| STN | CAPTAIN | SHIFT | PTS | WAITER | SHIFT | PTS | BACKWAITER | SHIFT | PTS | RUNNER | SHIFT | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J-G 1 | JC | C5 | 7 | Keon | c/c | 5 | Caman | Cu | 3 | Shh | Cu | 3.5 |
| J-G 2 | Bryan | C4 | 7 | Carlos R | CC | 5 | Alonso/Wymar | F5 | 3 | Karen | C5 | 3.5 |
| J-G 3 | Niti | C5 | 6 | Batista | 90 | 5 | Pedro | C5 | 3 | Lisa | C5 | 3.5 |
| J-G 4 | John | C4 | 7 | Wilson | 90 | 5 | Anibok | Cu | 3 | Golan | C5 | 3.5 |
|       |      |    | Total 27 |   |   | Total 20 |   |   | Total 12 |   |   | Total 13.5 |

| STN | WAITER | SHIFT | PTS | BACKWAITER | SHIFT | PTS | RUNNER | SHIFT | PTS |
|---|---|---|---|---|---|---|---|---|---|
| NG 1 | Serge | C4 | 5 | Felix | C4 | 2.5 | Brad | C5 | 3.5 |
| NG 2 | Stephane | C5 | 5 | Sergio | C5 | 3 | Jason | C5 | 2.5 |
| NG 3 | Jim | C5 | 5 | Daniel | 90 | 2.5 | Carl | C5 | 3 |
| NG 4 | Thomas | C5 | 5 | Alik | C5 | 3 | Thomas | C5 | 3 |
| NG 5 |       | C4 | 5 | Said | C4 | 3 | Za | C5 | 3 |
|      |       |    | Total 25 | Jorge | C4 | 2.5 |   |   |   |
|      |       |    |   |           |    |   | Total 16.5 |   |   |

| COFFEE |
|---|
| Parouhi 2 |

| OFFICE |       |
|---|---|
|        | Total 2.5 |

| SOMMELIER |
|---|
| 1  Troy |
| 2 |

| BARTENDER |
|---|
| 1  Charlie |
| 2  Andry |
| BB Hadi |
|    Lori |

| MAITRE D' |
|---|
| Lavon |
| Cyril |
|  Total 1.5 |

| WARNINGS | EMPLOYEE | VERBAL | WRITTEN |
|---|---|---|---|
|   |   |   |   |

LATE  L  -  SICK  S  -  NO CALL/SHOW  N/S

| BAR | |
|---|---|
| CASH Tips | 22 |
| CHARGE Tips | 188.57 |

| SICK & NO SHOW |
|---|
|   |

| TOTAL | 5527.54 |
|---|---|
| Ch. Tips Less 2.85% CC | 157.53 |
| Sub Total | 5370.00 |
| BAR Transf. | 95.24 |
| SUB Total | 5274.76 |
| BAR 5% | 263.73 |
| SUB Total | 5011.02 |
| CASH Tips | 644 |
| TOTAL | 5655.02 |
| POINTS Total | 143 |
| POINT VALUE | 39.54 |

CAPTAIN SIGNATURE