| | |
|---|---|
| D. Maimon Kirschenbaum (DK-2338)<br>Charles Joseph (CJ-9442)<br>Diane Hester (DH-4337)<br><br>Joseph & Herzfeld LLP<br>757 Third Avenue, 25th Floor<br>New York, NY 10017<br>Tel. (212) 688-5640<br>Fax (212) 688-2548 | Jeffrey E. Goldman (JG-4693)<br>LAW OFFICES OF JEFFREY E. GOLDMAN<br>501 Fifth Avenue<br>Suite 1900<br>New York, NY 10017<br>(212) 983-8999 Phone |

*Attorneys for Plaintiffs and proposed collective action members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN, VIRGINIA WORLEY, ROSALINA WALTER and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,**

          **Plaintiffs,**

  v.

**JEAN GEORGES ENTERPRISES, LLC.,** *et al.*

          **Defendants.**
---------------------------------------------------------x

INDEX NO: 07-cv-06729 (RJS)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 19, 2008, he caused a true and correct copy of the Plaintiffs' Motion for Conditional Collective Certification and for Court Facilitation of Notice Pursuant to 29 U.S.C. § 216(b), supporting memorandum of

law, and attached exhibits to be served by CM/ECF upon the counsel of record listed below:

Elise Bloom, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

By: /s/ D. Maimon Kirschenbaum
  D. Maimon Kirschenbaum (DK-2338)

Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff, proposed collective action members and proposed class*