# MEMO ENDORSED

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Elise M. Bloom
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

February 22, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Gerafino et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6729</u>

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter and we submit this status letter on behalf of all parties, including Plaintiffs, pursuant to Your Honor's February 4, 2008 Order. On February 19, 2008, the parties had a conference call with Magistrate Judge Francis during which, the parties agreed to hold a Settlement Conference before Judge Francis on March 17, 2008 at 9:30 a.m. Additionally, the parties agreed to submit bifurcated settlement statements to Judge Francis on March 12, 2008.

While the parties intend to engage in good faith settlement discussions before Judge Francis, should the parties Settlement Conference fail, Defendants respectfully request that they be given until April 11, 2008 to respond to Plaintiffs' Motion for Conditional Class Certification and for Court Facilitation of Notice and Plaintiffs' Second Amended Complaint. Defendants request this additional time to respond because one of Defendants' counsel has a pre-planned vacation during the first week of April.

We thank the Court in advance for its attention to this matter.

6264/40909-002 Current/10791400v1

SO ORDERED
Dated: 3/3/08

RICHARD J. SULLIVAN
U.S.D.J.