**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Elise M. Bloom
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com

March 24, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  <u>Gerafino et al. v. Jean-Georges Enterprises, LLC et al.</u>, 07 cv 6729 (RJS)

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter. We write to inform Your Honor that the parties have rescheduled their Settlement Conference with Magistrate Judge Francis for May 19, 2008.

However, since the parties' fact discovery deadline is May 1, 2008, and since the parties do not wish to incur any substantial expenses prior to their May 19, 2008 Settlement Conference with Judge Francis, the parties jointly request an extension of the fact discovery deadline until July 18, 2008 and a corresponding extension for the remaining deadlines.

In addition, On March 3, 2008, Your Honor granted Defendants' request that they be given until April 11, 2008 to respond to Plaintiffs' Motion for Conditional Class Certification and for Court Facilitation of Notice and Plaintiffs' Second Amended Complaint (three weeks after the originally scheduled Settlement Conference with Judge Francis). Again, since the parties Settlement Conference before Judge Francis is not until May 19, 2008, Defendants respectfully they be given until June 9, 2008 to respond to Plaintiffs' Motion for Conditional Class Certification and for Court Facilitation of Notice and Plaintiffs' Second Amended Complaint should the parties Settlement Conference fail. Plaintiffs do not oppose this request.

We thank the Court in advance for its attention to this matter.

6264/40909-002 Current/10837421v1

**PROSKAUER ROSE LLP**

Hon. Richard J. Sullivan
March 24, 2008
Page 2

Respectfully submitted,

*Elise M Bloom /BB*

Elise M. Bloom

Enclosures

cc: Maimon Kirschenbaum (by email)

SO ORDERED
Dated: 3/27/08
RICHARD J. SULLIVAN
U.S.D.J.