**MEMO ENDORSED**

# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com

April 2, 2008

VIA FACSIMILE
(212) 805-7946

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

Re: *Gerafino, et al. v. Jean-Georges Enterprises, LLC, et al.*, 07-cv-6729 (RJS)

Dear Judge Sullivan:

I write on behalf of both parties. The parties are currently finalizing the terms of their settlement and respectfully request an additional week, until April 11, 2008, to submit the settlement documents. Thank you for your attention to this matter.

Respectfully submitted,

*Maimon Kirschenbaum (BP)*

Maimon Kirschenbaum

SO ORDERED
Dated: 4/2/08
RICHARD J. SULLIVAN
U.S.D.J.