# MEMO ENDORSED

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Elise M. Bloom
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com

June 2, 2008



**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Gerafino et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6729

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter. We write to inform Your Honor that due to a number of scheduling conflicts, the Parties postponed their Settlement Conference with Magistrate Judge Francis, which was originally scheduled for May 19, 2008.

As you may recall, the Parties have been litigating a similar case, *Aleyn et al. v. Jean-Georges Enterprises, LLC et al.*, 07 cv 6276 before the Honorable Judge Baer. On April 10, 2008, the Parties held a private settlement conference and reached a settlement agreement; which Judge Baer preliminarily approved on April 24, 2008.

The Parties now wish to hold a similar private settlement conference on June 4, 2008 in regard to the above referenced matter. Should the Parties' private settlement conference fail, the Parties would contact Magistrate Judge Francis and reschedule their Settlement Conference.

While the Parties have asked for a prior extension of both the discovery deadline and Defendant's time to respond to Plaintiffs' Motion for Conditional Class Certification and for Court Facilitation of Notice and Plaintiffs' Second Amended Complaint, the Parties again seek an additional extension in order to avoid incurring any substantial expenses prior to their June 4, private settlement conference. Thus, the Parties jointly request an extension of the fact discovery deadline from July 18, 2008 until August 29, 2008 and a corresponding extension for all remaining deadlines.

PROSKAUER ROSE LLP

Hon. Richard J. Sullivan
June 2, 2008
Page 2

In addition, Defendants respectfully request that they be given until June 25, 2008 to respond to Plaintiffs' Motion for Conditional Class Certification and for Court Facilitation of Notice and Plaintiffs' Second Amended Complaint should the parties fail to settle this matter. Plaintiffs do not oppose this request.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*Elise M. Bloom /BA*

Elise M. Bloom

Enclosures

cc: Magistrate Judge Francis
   Maimon Kirschenbaum (by email)

SO ORDERED
Dated: 6/3/0
RICHARD J SULLIVAN
U.S.D.J.