## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by TRIOMPHE
RESTAURANT CORP., JEAN-GEORGES ENTERPRISES LLC, JEAN-GEORGES
MANAGEMENT LLC, JEAN-GEORGES VONGERICHTEN, and PHIL SUAREZ
and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I
agree that I am bound by the terms of the Professional Services Agreement signed by the
named plaintiffs in this case.


IKUKO MIZUTSUBO
Full Legal Name (Print)


_Ikuko Mizutsubo_
Signature


5 / 21 / 08
Date