UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ISAIAH GERAFINO, ET AL.,**

                **Plaintiffs,**

-v-

**JEAN-GEORGES ENTERPRISES, LLC, ET AL**

                **Defendants.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

Case No. 07-CV-06729(RJS)(JCF)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED, that the conference previously scheduled by this Court for June 19, 2008 is hereby adjourned to September 19, 2008 at 9:15am. In the event that any party contemplates the filing of post-discovery motions, Pre Motion letters in accordance with the Court's Individual Practices shall be filed not later than September 8, 2008; Responses shall be filed by September 12.

SO ORDERED.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATED:
New York, New York
June 19, 2008