LOS ANGELES
WASHINGTON
BOSTON
1585 Broadway                      BOCA RATON
New York, NY 10036-8299            NEWARK
Telephone 212.969.3000             NEW ORLEANS
Fax 212.969.2900                   PARIS
                                   SÃO PAULO

# PROSKAUER ROSE LLP

**Kathleen M. McKenna**
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

June 20, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

Re:    Gerafino et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6729

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter. We write to inform Your Honor
that the parties held a private settlement conference on June 18, 2008. While the parties did not
reach an amicable resolution, the parties have agreed to continue their settlement discussions on
June 26, 2008.

Thus, Defendants respectfully request an additional extension from June 25 to July 3 to respond
to Plaintiffs' Motion for Conditional Class Certification and for Court Facilitation of Notice and
Plaintiffs' Second Amended Complaint, in order to avoid incurring any substantial expenses
prior to the parties June 26 settlement conference. Plaintiffs do not oppose this request.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

_Kathleen M. McDermott_

Kathleen M. McKenna

cc:    Maimon Kirschenbaum (by email)

6264/40909-002 Current/11388153v1

*[Handwritten:]* time to Defendants' respond to the Motion for Conditional Class Certification et al is extended to July 3, 2008.

**SO ORDERED.**
6/24/08
RICHARD J. SULLIVAN
U.S.D.J.