UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**ISAIAH GERAFINO, LENFORD JOHNSTON, SARA FAUST, SUKOL PHAIROJ, CHELSEA LINDMAN, VIRGINIA WORLEY, ROSALINA WALTER and THOMAS CAMPBELL on behalf of themselves and all others similarly situated,**

INDEX NO: 07-cv-06729 (RJS)

APPEARANCE

        **Plaintiffs,**

   v.

**JEAN-GEORGES ENTERPRISES, LLC;** *et al.*
        **Defendants.**
------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter Michael Palmer's appearance as counsel in this case for Plaintiffs Isaiah Gerafino *et al.*

    I, Michael Palmer, certify that I am admitted to practice in this court.

Dated: New York, New York
       July 16, 2008

Respectfully submitted,

  /s/ Michael D. Palmer_____
Michael D. Palmer (MP-5090)
JOSEPH & HERZFELD LLP
757 Third Avenue, 25th Floor
New York, New York 10017
Tel: (212) 688-5640
Fax: (212) 688-2548
mpalmer@jhllp.com