# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com



July 15, 2008

**VIA HAND DELIVERY**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   *Gerafino, et al. v. Jean-Georges Enterprises, LLC, et al.*, 07-cv-06729 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-captioned matter.

We write to respectfully request the Court's permission to submit an additional 5 pages for Plaintiff's Reply in Support of Motion for Conditional Collective Certification and For Court Facilitation of Notice Pursuant to 29 U.S.C. 216b for a total length of 15 pages. We believe that the extension is warranted so that Plaintiffs may respond to new arguments made by Defendant in their Opposition that Plaintiffs' declarations should be stricken. Defendants do not oppose our request.

Respectfully submitted,

JOSEPH & HERZFELD LLP

By: *[signature]*
D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

cc: Elise Bloom, Esq.

So Ordered:  *[signature]*
Honorable Richard J. Sullivan

7/16/08