USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7 24 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ISAIAH GERAFINO, ET AL.,**

     **Plaintiffs,**

 -v-               Case No. 07-CV-06729(RJS)(JCF)

**JEAN-GEORGES ENTERPRISES,**     ORDER
**LLC,ET AL**            ECF
     **Defendants.**

RICHARD J. SULLIVAN, District Judge:

    It having been reported to the Court that this action has been resolved,

    IT IS HEREBY ORDERED, that this action is discontinued with prejudice but

without costs; provided, however, that if the settlement is not consummated within 60 days of the

date of this Order, any party may apply by letter within the 60 day period for restoration of the

action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED,

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
   July 24, 2008