**MEMO ENDORSED**

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO

Kathleen M. McKenna
Member of the Firm

Direct Dial 212.969.3130
kmckenna@proskauer.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

September 3, 2008

**By Hand**

The Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Gerafino et al. v. Jean-Georges Enterprises, LLC et al., 07 cv 6729 (RJS)(JCF)

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter and we write on behalf of all Parties, including Plaintiffs to jointly request a one week extension to submit the Parties settlement papers to Your Honor. The Parties are cognizant of your Honor's July 24, 2008 Order and will submit the settlement papers on or before September 10, 2008.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*Kathleen M. McKenna / B.S.*

Kathleen M. McKenna

cc:   Maimon Kirschenbaum (via facsimile)

SO ORDERED
Dated: 9/3/08

RICHARD J. SULLIVAN
U.S.D.J.